1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONSTANTINE KOLYTIRIS and VALERIE KOLYTIRIS, | CASE NO.:  EDCV 11-01253 JAK (SPx |
| Plaintiffs, | [Assigned to the Honorable John A. Kronstadt, Judge] |
| vs. | |
| WACHOVIA MORTGAGE, FSB; REGIONAL TRUSTEE SERVICES CORPORATION; WELLS FARGO BANK N.A.; All persons unknown who may claim an interest in title to the subject property; and DOES 1 through 20, inclusive, | **JUDGMENT OF DISMISSAL** <br><br> **JS-6** |
| Defendants. | |

1

On November 7, 2011, this Court entered an Order dismissing plaintiffs' Complaint with prejudice.   In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Plaintiffs' Complaint is dismissed with prejudice.

2.    Plaintiffs Constantine Kolytiris and Valerie Kolytiris shall take nothing from defendants.

3.    As the prevailing party, defendants may submit motions to tax costs and to recover reasonable attorneys' fees.

IT IS SO ORDERED.

Dated:  December 2, 2011                    _____

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28